*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  February 2, 2017                523048
_____

In the Matter of JOHN ROBINSON,
                    Petitioner,

     v

DONALD VENETTOZZI, as Acting            MEMORANDUM AND JUDGMENT
   Director of Special Housing
   and Inmate Disciplinary
   Programs,
                    Respondent.
_____

Calendar Date:  November 29, 2016

Before:  McCarthy, J.P., Lynch, Devine, Clark and Mulvey, JJ.

                    _____

     John Robinson, Gowanda, petitioner pro se.

     Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.

                    _____

     Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

     Determination confirmed.  No opinion.

McCarthy, J.P., Lynch, Devine, Clark and Mulvey, JJ., concur.


ADJUDGED that the determination is confirmed, without costs, and petition dismissed.




ENTER:

Robert D. Mayberger
Clerk of the Court